IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
06/18/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

MIGUEL AGUILAR SANTIAGO,

Petitioner,

v.

SAMUEL OLSON, Director, ICE Field Office; MARKWAYNE MULLIN, DHS Secretary; DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, Acting Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and JACOB WELSH, Sheriff, Chase County, Kansas,

Respondents.

Case No. 26-3170-JWL

**ORDER OF DISMISSAL**

Petitioner, through counsel, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which she challenged her detention by immigration officials without a bond hearing. On June 11, 2026, respondents filed notice that petitioner was released on June 10, 2026, and that the case is therefore moot. Petitioner's counsel has not filed a response to that notice or otherwise disputed that petitioner was released or that the case is now moot. Accordingly, the Court now dismisses the case as moot.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 18th day of June, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge